**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

RECEIVED NOV 3 2004 U.S.C.A. 3rd. CIR.

William K. Suter
Clerk of the Court
(202) 479-3011

November 1, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re:  Melvin Todd Spears
           v. United States
           No. 04-6551
           (Your No. 01-4014)

*00-CR-00327 MH*

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                       Sincerely,

                       William K. Suter, Clerk

**FILED**
HARRISBURG, PA

NOV 1 2 2004

MARY E. D'ANDREA, CLERK
Per _____