6-13-06
Tuesday

1. To whom it may concern, office of The Clerk.

I have inclosed $5.00 To recieve a copy of my Docket sheet.

Your help in This matter would be greatly appreciated.

Thank You very much.

Sincerely: Melvin T. Spears
#10565-067

*Melvin T. Spears*

PS. How much will I need To send with A letter Requesting all Transcripts from 2255 motion and everything after?

```
Wed Jun 14 10:45:39 2006

    UNITED STATES DISTRICT COURT

     SCRANTON      , PA

Receipt No.   111 145872
Cashier          camille

Tender Type  CHECK

Check Number: 2221 26550314

Transaction Type   N

D0 Code    Div No     Acct
 4667        1       322350

Amount              $   5.00
         US TREASURY AUSTIN, TX.  FORT DIX,
NJ 08640

   COPY FEE FOR DOCKET IN 00-CR-327-01



   bn
```

Melvin T. Spears
#10565-067
P.O. Box 2000-EAST
Federal correctional Institution
Fort Dix, NJ 08640

TRENTON NJ 086
12 JUN 2006 PM 4 L

Office of The clerk
U.S. District court
Middle District of PA.
U.S. Court house
228 Walnut Street
P.O. Box 983
Harrisburg PA. 17108

