July 15, 2006



Todd Melvin Spears
F.C.I. Fort Dix, Unit 5741
P.O. Box 2000
Fort Dix, New Jersey 08640-0902

Clerk, United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, Pennsylvania 17108

Re:  United States v. Spears, 1:00-CR-0327-01

Dear Clerk,

    I have been attempting to obtain a complete copy of the docket entry sheet to my criminal case, above. This has been a problem because when I have written previously, the Court only sends me a redacted list that includes only the submissions that I have made and the decisions on those submissions. This is not helpful.

    This letter is my request for a complete copy of the docket. I know that you folks charge for copying. Please advise me what the cost is, or will be, and I will remit immediately.

    Please let the Court know that there are tremendous problems in the prisons over legal papers. Prisoners do not know what advice or instructions the Courts are receiving over censorship. However, the redacted docket sheets and the refusal to print full dockets for family members is disturbing. Had prisoners been asked, they could and would tell the Court what problems this censorship is causing their ability to plead their own case!!!!

    Thank you in advance for your help.

Sincerely yours,

*Melvin T. Spears*
Todd Melvin Spears

TMS
cc:  Family
     File

INMATE NAME: Melvin Spears
REGISTER NO.: 10565-087
HOUSING UNIT: F703
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

TRENTON NJ 086
17 JUL 2006 PM 4 L

17101+1714

Clerk, U.S. District Court
middle district of PA.
228 Walnut Street
HBG, PA. 17108