Letter Motion

U.S. of America
v.s.
Melvin Todd Spears

Docket No: 1-cr-00-00327

Under Rule 35(B)(2)(B) Information provided by the Defendant to the Government which did not become useful to the Government untill more than one year after sentencing.

During my cooperation stage of my plea, I provided the name of Clifford Bradley as being a important figure in the Harrisburg drug trade. To my knowledge, Clifford Bradley has been arrested for drugs resently.

Clifford Bradley and his son were working for the same individual I worked for. I believe I'm intitled to some relief. Also I have more information concerning this matter.

Sincerely, Melvin Spears

Copies Too:

Melvin Todd. Spears
# 10565-067

TO: Judge Sylvia Rambo
TO: Clerk of Courts, Third Circuit

INMATE NAME: Melvin Speas
REGISTER NO.: 12565-067
HOUSING UNIT: SHU
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

office of The Clerk
U.S. District court
U.S. court House
228 walnut street
P.O. Box 983
HBG, PA, 17108

TRENTON NJ 086
05 AUG 2007 PM 2 L

17108+0983