IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CASE NO. 1:CR-00-327

**v.**

**MELVIN TODD SPEARS**

## O R D E R

      Before the court is a motion filed pursuant to Federal Rule of Criminal Procedure 35(b)(2)(B) for a reduction of sentence for substantial assistance. Defendant claims he has given the Government information which has led to the arrest of another individual. Relief under Rule 35(b)(2)(B) must be upon motion of the Government.

      **IT IS THEREFORE ORDERED THAT**:

      1) The Clerk of Court shall serve the motion (doc. 56) upon the Government.

      2) The Government shall respond to the motion no later than August 29, 2007.

      3) Disposition of Defendant's motion is deferred until further order of court.

                                             sSylvia H. Rambo
                                               SYLVIA H. RAMBO
                                            United States District Judge

Dated: August 9, 2007.