IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :CRIMINAL NO. 1:CR-00-327-01 |
| | :(Judge Rambo) |
| V. | : |
| | : |
| **TODD MELVIN SPEARS** | :(Electronically Filed) |

### ORDER

**AND NOW,** this _____ day of August, 2007, upon consideration of the defendant's Rule 35 (b)(2)(B) Motion and the government's response to said Motion and for the reasons set forth in the government's response, the Motion is hereby **DENIED**.

_____
Sylvia H. Rambo
United States District Judge