IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 1:CR-00-327-01
: (Judge Rambo)
V. :
:
TODD MELVIN SPEARS : (Electronically Filed)

## ORDER

AND NOW, this 4/h day of ~~August~~ September, 2007, upon consideration of the defendant's Rule 35 (b)(2)(B) Motion and the government's response to said Motion and for the reasons set forth in the government's response, the Motion is hereby **DENIED**.

Sylvia H. Rambo
United States District Judge

FILED
HARRISBURG, PA

SEP 0 4 2007

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk