ANK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
HARRISBURG, PA
SEP 24 2007
MARY E. D'ANDREA, CLERK
Per _____

Todd Melvin Spears
FCI-FORT DIX (EAST)
P.O. Box 2000
Fort Dix, NJ 08640



neoPost
Mailed From 17108
09/05/2007
$00.41⁰
US POSTAGE

NIXIE        085   DE 1         00   09/17/07
      RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
      UNABLE TO FORWARD
BC: 17108098363            *0219-02899-05-39

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 1:CR-00-327-01
: (Judge Rambo)
v. :
:
TODD MELVIN SPEARS : (Electronically Filed)

ORDER

AND NOW, this 4th day of September, 2007, upon consideration of the defendant's Rule 35 (b)(2)(B) Motion and the government's response to said Motion and for the reasons set forth in the government's response, the Motion is hereby **DENIED**.

Sylvia H. Rambo
United States District Judge

FILED
HARRISBURG, PA

SEP 0 4 2007

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk