11/30/07

FILED
HARRISBURG, PA

DEC - 5 2007

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

TO: Clerk of the Court

U.S. District Court
Middle District of PA. (HBG)
Criminal Docket For Case #1:00-cr-00327-SHR-1

Case Tittle: U.S. v. Spears

I am writting in concern of a letter motion 2255, that was recieved by your office on 8/21/07.
I have to believe for some reason of my lack of knowledge, that my motion was not filed. Because your office sent me a docket sheet on 11/29/07, that did not show any movement on my 2255 letter motion. What I'd like to know is, do I need to file a Hardship Waiver to proceed. If so, could you posibly send me the papper work to fill out?

Thank you for your time, and concern in this matter.

Sincerely,
Melvin T. Spears
Melvin T. Spears
# 10565-067



TRENTON NJ 086
03 DEC 2007 PM 1 T

Office of the Clerk
U.S. District Court
Middle District of PA.
U.S. Court house
228 Walnut street
P.O. Box 983
HBG, PA. 17108

INMATE NAME: Melvin Sogers
REGISTER NO.: 10565-067
HOUSING UNIT: SHU-322
FEDERAL CORRECTIONAL INSTITUTION
~~P.O. BOX 1000~~
~~P.O. BOX 2000~~
P.O. BOX 7000
FORT DIX, NJ 08640